[Criminal No. 180.   Filed March 30, 1905.]

[80 Pac. 316.]

TERRITORY OF ARIZONA, Plaintiff and Appellant, v. J. M. W. MOORE, Defendant and Respondent.

1. CRIMINAL LAW—APPEAL AND ERROR—FROM JUSTICE COURT—NO FUR-
THER APPEAL—REV. STATS. ARIZ. 1901, PEN. CODE, SEC. 1067, CON-
STRUED.—Under the express provisions of section 1067, *supra,* there
can be no appeal from a judgment of the district court rendered
in a case appealed from a justice, police, or recorder's court.

APPEAL from a judgment of the District Court of the Fourth Judicial District in and for the County of Yavapai. Richard E. Sloan, Judge.   Dismissed.

The facts are stated in the opinion.

Joseph H. Kibbey, Attorney-General, and Samuel L. Pattee, District Attorney, for Appellant.

Herndon & Norris, for Respondent.

THE COURT.—The appellant in this case was tried before a justice of the peace upon a misdemeanor charge, and was convicted.   He appealed to the district court, where a trial *de novo* resulted in a judgment of acquittal.   The territory now seeks to prosecute a further appeal to the supreme court. From this it is debarred by section 1067 of the Penal Code, which provides: ". . . There shall be no appeal from a judgment of the district court rendered in a case appealed from a justice, police or recorder's court."   The appeal will therefore be dismissed.